IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | |
|---|---|
| TASHA FEATHER, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 1-20-cv-180-DSC |
| ) | |
| ANDREW SAUL, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Defendant Andrew Saul, Commissioner of Social Security, has moved this Court pursuant to sentence four of 42 U.S.C. § 405(g) to enter a judgment reversing his decision with a remand of the cause for further administrative proceedings. Plaintiff's counsel consented to the Commissioner's Motion.

Pursuant to the power of this Court to enter a judgment reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405 (g), this Court hereby REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405 (g) with a remand of the cause to the Commissioner for further proceedings. *See Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**SO ORDERED**.

Signed: April 8, 2021

David S. Cayer
United States Magistrate Judge