# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| Tasha Feather**,**<br>Plaintiff(s), | )<br>) | JUDGMENT IN CASE |
| | ) | |
| vs. | ) | 1:20-cv-00180-DSC |
| | ) | |
| Andrew M. Saul**,**<br>Defendant(s). | )<br>) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 8, 2021 Order.

April 8, 2021

*Frank G. John*

Frank G. Johns, Clerk
United States District Court